```
1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  GEORGE SPITTAL,                    No. CIV-S-05-1157 MCE/KJM PS
12            Plaintiff,
13       v.                            ORDER
14  BOBBI MONTOYA, et al.,
15            Defendant.
                                    /
16
```

17      Plaintiff, proceeding pro se, filed the above-entitled
18 action.  The matter was referred to a United States Magistrate
19 Judge pursuant to Local Rule 72-302(c)(21).
20      On October 27, 2005, the Magistrate Judge filed Findings and
21 Recommendations herein which were served on the parties and which
22 contained notice to the parties that any Objections to the
23 Findings and Recommendations were to be filed within ten days.
24 Objections to the Findings and Recommendations have been filed.
25 ///
26 ///

1

1     In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The Findings and Recommendations filed October 27, 2005,
8 are adopted in full;
9     2.  Defendants' Motion to Dismiss is granted; and
10     3.  This action is dismissed.
11 DATED:  December 16, 2005

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE