UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE W. SPITTAL,

    Plaintiff,

  v.

BOBBI J. MONTOYA;
McGREGOR W. SCOTT;
JERRY HOUSEMAN; ROY GRIMES;
KAREN YOUNG; MANNY HERNANDEZ;
RICK JENNINGS; DAWN McCOY;
MIGUEL NAVERETTE; JUSTIN
TELFORD; MICHAEL POTT;
THEODORE RICHARDSON;
M. MAGDLENA CARILLO MEJIA;
PORTER, SCOTT, WEIBERG and
DELEHANT; a Professional
Association,

    Defendants.

NO. 2:05-cv-01157-MCE-KJM

ORDER

----oo0oo----

Plaintiff, a pro se litigant, filed a post-judgment motion in this matter on December 20, 2005 that appears to incorporate requests for reconsideration, contempt and recusal. Oppositions were filed on behalf of the Federal Defendants (Bobbi J. Montoya and McGregor W. Scott) as well as on behalf of the remaining Defendants, on March 3, 2006.

1

1    Having reviewed the documents submitted, Plaintiff's
2 December 20, 2005 request for post-judgment relief is hereby
3 DENIED.
4    IT IS SO ORDERED.

Dated: July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2